CLS
8/16/21

DOA: 8/14/21

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>Octavio GUTIERREZ,<br><br>　　　　　　　　　　Defendant. | Case No.: 21MJ8692<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about August 14, 2021, within the Southern District of California, defendant, Octavio GUTIERREZ, did knowingly and intentionally import a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof: in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

_____
Special Agent Brett Crooks
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 16th day of August 2021.

_____
HON. DANIEL E. BUTCHER
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Octavio GUTIERREZ

PROBABLE CAUSE STATEMENT

I, Special Agent Victor Lara, declare under penalty of perjury the following is true and correct:

On August 14, 2021 at approximately 0218 hours, Octavio (GUTIERREZ) applied for entry into the United States from Mexico at the Calexico West Port of Entry (POE) claiming to be a citizen of the United States. GUTIERREZ entered the vehicle lanes as the driver and sole occupant of a 1999 gold colored Ford Ranger.

The primary officer, Customs and Border Protection Officer (CBPO) Rodriguez obtained a negative oral customs declaration from GUTIERREZ. GUTIERREZ provided CBPO Rodriguez a California Driver's License as his identification. CBPO Rodriguez conducted systems checks on the computer and found GUTIERREZ had an outstanding warrant from the Imperial County Sheriff's Office. CBPO Rodriguez escorted GUTIERREZ and the Ford Ranger to vehicle secondary for processing.

At the secondary inspection area, GUTIERREZ was escorted to the vehicle secondary office, where CBPO's performed a pat down for contraband and weapons. While conducting the pat down on GUITERREZ, CBPO's discovered 8 packages with a total weight of 7.28 kgs (16.05 lbs) wrapped throughout GUTIRREZ' body to include the waist, both thighs, and ankles. A Canine Enforcement Officer (CEO) and his canine Narcotics and Human Detection Dog (HNDD) were requested to conduct an inspection on the

packages and obtained a positive alert to the odor of narcotics. The CEO and HNDD further inspected the driver's seat of the Ford Ranger and obtained a positive alert to the odors of narcotics.

CBPO Mc Coy field-tested the substance from one of the packages with his Gemeni system and yielded positive results for methamphetamine.

GUTIERREZ was placed under arrest and charged with a violation of Title 21, United States Code sections 952 and 960 for Importation of a Controlled Substance. GUTIERREZ was transported and booked into the El Centro, CA Detention Facility.

Executed on 8/14/2021 0946 hours

*Victor Lara*
Victor Lara, Special Agent
Homeland Security Investigations

4

On the basis of the facts presented in this probable cause statement consisting of 5 pages,

I find probable cause to believe that the defendants named in this probable cause statement committed the offense on 8/13/2021 in violation of 21 U.S.C. §§ 952 and 960.

*[signature]*

HON. Karen S Crawford
U.S. MAGISTRATE JUDGE

8/16/2021 @ 11:09 AM

Date/Time