AO 442

El Centro 2406928

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

FILED
JUN 17 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___GW___ DEPUTY

UNITED STATES OF AMERICA

V.

Octavio Gutierrez

**WARRANT FOR ARREST**

57037-298

Case Number: 21-cr-02648-GPC-1

~~NOT FOR PUBLIC VIEW~~

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Octavio Gutierrez___
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☒ Probation Violation Petition ☐ Pretrial Violation

charging him or her with (brief description of offense):

DATE: 6/11/24
ARRESTED BY: [signature]
STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY: [signature]

RECEIVED U.S. MARSHALS S/CA
2024 JUN -4 PM 2:21

In violation of Title ___See Above___ United States Code, Section(s) _____

John Morrill
Name of Issuing Officer

Clerk of the Court
Title of Issuing Officer

s/ A. Cortez  [signature]
Signature of Deputy

6/4/2024, San Diego, CA
Date and Location

Bail fixed at $ ___No Bail___ by ___The Honorable Gonzalo P. Curiel___
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |